UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

F I L E D
JUL 19 2011
PATRICK J. DUGGAN
U.S. DISTRICT JUDGE

**SAXON MORTGAGE SERVICES, INC.,**

       Plaintiff,                Case No. 2:09-cv-15051-PJD-MAR

v

**CHARTER ONE, NATIONAL ASSOCIATION,
RBS CITIZENS NATIONAL ASSOCIATION,
CITIZENS FINANCIAL GROUP, INC.,
INSURED CLAIMS COMPANY, LLC,
CITIFINANCIAL CORPORATION,**
and **SERENA GRIGSBY**, individually,

       Defendants,
and

**FIFTH THIRD BANK,**

       Defendant/Cross-Plaintiff,
vs

**CHARTER ONE, N.A., RBS CITIZENS, N.A.
and CITIZENS FINANCIAL GROUP, INC.,**

       Cross-Defendants.
_____/

## DEFAULT JUDGMENT AS TO DEFENDANT SERENA GRIGSBY

This matter having come before this Honorable Court on Plaintiff Saxon Mortgage Services, Inc.'s Motion for Entry of Default Judgment Against Defendant Grigsby, oral argument having been heard, and the Court being otherwise advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that a Default Judgment is hereby entered against Defendant Serena Grigsby in the amount of $387,000.00, in favor of Plaintiff Saxon Mortgage Services, Inc.

IT IS FURTHER ORDERED that this Judgment may be amended to include attorney fees and costs incurred by Plaintiff upon application by Plaintiff.

*(signature)*
Hon. Patrick J. Duggan