UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.09-15051
HON. PATRICK J. DUGGAN

SAXON MORTGAGE ERVICES, INC.
        Plaintiff(s),
-V-
CHARTER ONE NATIONAL ASSOCIATION, ET.AL,
        Defendant(s).
_____/

## JUDGMENT OF DISMISSAL

At a session of said court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on August 11, 2011.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The parties having stipulated to dismiss the above action with prejudice as set forth on the record, now therefore,

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is dismissed with prejudice and without costs.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: August 11, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 11, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

Approved as to
form and substance:

_____
Michael Donnelly
Attorney for Plaintiff(s)

_____
Henry Stancato
Attorney for Defendant(s)